# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

       v.                      **CASE NO. 22-CR-10054-JWB**

**TREMAYNE M. DARKIS,**
       **Defendant.**

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the United States, by and through Oladotun O. Odeyemi, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant and detainee, Tremayne M. Darkis. In support of this Motion, the United States avers:

    1.    Defendant was charged in this district by Indictment on August 9, 2022.

    2.    Defendant is detained and currently in the custody of Labette County Jail, 718 5th Street, Oswego, Kansas.

    3.    Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal or any other law enforcement agency, to produce the defendant and detainee, Tremayne M. Darkis, forthwith and for any further proceedings to be held in this cause.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

*/s/ Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI, #29178
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
ola.odeyemi@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney