COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 12-7-22

FILED
U.S. District Court
District of Kansas

DEC C 7 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,

    Plaintiff,

v.

Tremayne M. Darkis,

    Defendant.

Case No. 22-10054-01-JWB

JUDGE: ☐ Birzer ☒ Gale
DEPUTY CLERK: ☒ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

AUSA: Ola Odeyemi
DEFENSE COUNSEL: Lynn Burke
TAPE NO.: 1:53 - 1:58

## PROCEEDINGS

☒ Initial Appearance      ☐ Detention Hearing      ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)      ☐ Preliminary Hearing      ☐ Pretrial Conference
☐ Sentencing      ☐ Change of Plea
☐ In-Court Hearing: _____
☒ Arraignment      ☒ Reading waived      ☐ Read to Defendant      ☒ Not Guilty Plea Entered
1 min.

☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 3 ☒ Forfeiture
☒ Felony      ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn      ☒ Examined re: financial status      ☒ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Release ordered      ☐ Bond fixed at: $ _____      ☐ Continued on present bond/conditions
☒ Oral Motion for temp. det.; granted      ☐ Detention ordered      ☒ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is    ☐ granted.    ☐ denied.    ☐ withdrawn.    ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☐ as directed before Judge _____
    ☐ per the Scheduling Order of Judge _____
    ☒ on 12/21/22 at 1:30 ☐ a.m. ☒ p.m. before Judge Gale
    for ☒ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____