In the United States District Court
for the District of Kansas

**United States of America,**
   Plaintiff,

v.                  Case No. 22-cr-10054-01 JWB

**Tremayne M. Darkis,**
   Defendant.

### Waiver of Detention Hearing

 I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing, reserving my right to apply to the court for pretrial release should my circumstances change.

_____
Defendant

12-13-22
Date

s/ Lynn Burke
Counsel for Defendant