**In the United States District Court**
**for the District of Kansas**

---

**United States of America**,
        Plaintiff,

v.                                                          Case No. 22-10054-01 JWB

**Tremayne M. Darkis**,
        Defendant.

---

**Motion for Continuance**

---

Defendant Tremayne M. Darkis, through undersigned counsel, moves this Court to continue the deadline to file pretrial motions, status conference, and jury trial for 60 days, for the following reasons:

1. The current schedule for this case is:

    a. Motions due January 26, 2023.

    b. Status Conference is scheduled for January 23, 2023, at 9:00 a.m.

    c. Jury Trial is scheduled for February 6, 2023, at 9:00 a.m.

2. We are requesting to continue all three deadlines.

3. The government does not object to this request.

4. Additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, Mr. Darkis was arraigned on December 7, 2022. D.E 3. The government provided discovery on January 6, 2023, which consists of 1,199 documents. Counsel has not had the opportunity to review the discovery with Mr.

Darkis. Additional time is needed to review the discovery with Mr. Darkis, conduct investigations and research, and file any pretrial motions, if necessary.

5. This is Mr. Darkis's first request for continuance.

6. Mr. Darkis is in custody.

7. For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id.* at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U.S. 489, 498-99 (2009). Those needs are present here.

8. Defendant Darkis has been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial time during the requested period.

We therefore ask this Court to make the required findings and continue the deadline to file pretrial motions, status conference, and jury trial for 60 days.

                        Respectfully submitted,

                        s/Lynn Burke
                        LYNN BURKE
                        Sup. Ct. No. 26619
                        Assistant Federal Public Defender
                        Federal Public Defender Office
                        301 N. Main, Suite 850
                        Wichita, KS 67202
                        Telephone: 316-269-6445
                        Fax:  316-269-6175
                        Email: lynn_burke@fd.org

## **Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on January 19, 2023, by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Oladotun Odeyemi
    Assistant United States Attorney
    Ola.Odeyemi@usdoj.gov

                        s/Lynn Burke
                        LYNN BURKE, # 26619