# In the United States District Court
# for the District of Kansas

**United States of America**,
   Plaintiff,

v.                      Case No. 22-10054-01 JWB

**Tremayne M. Darkis**,
   Defendant.

## Motion for Continuance

Defendant Tremayne M. Darkis, through undersigned counsel, moves this Court to continue the deadline to file pretrial motions, status conference, and jury trial for 60 days, for the following reasons:

1. The current schedule for this case is:

    a. Motions due May 19, 2023.

    b. Status Conference is scheduled for May 25, 2023, at 9:00 a.m.

    c. Jury Trial is scheduled for June 12, 2023, at 9:00 a.m.

2. We are requesting to continue all three deadlines.

3. The government does not object to this request.

4. Additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, Mr. Darkis was arraigned on December 7, 2022. The government provided discovery on January 6, 2023, February 14, 2023, and February 27, 2023,

which consists of 1,232 documents, 18 audio and/or video recordings, and a cell phone extraction. Undersigned counsel entered her appearance in this case on Thursday, March 16, 2023. Counsel has met with Mr. Darkis and initiated investigation into the allegations. The defense has also started the process of plea negotiations.

5. The additional time will allow the parties the opportunity to continue to negotiate, and for the defense to a file a motion to suppress statements if the parties are unable to reach an agreement.

6. For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id*. at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U.S. 489, 498-99 (2009). Those needs are present here.

7. Defendant Darkis has been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial time during the requested period.

2

We therefore ask this Court to make the required findings and continue the deadline to file pretrial motions, status conference, and jury trial for 60 days.

Respectfully submitted,

s/Jennifer Amyx
JENNIFER AMYX
Sup. Ct. No. 24260
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: 316-269-6445
Fax:  316-269-6175
Email: Jennifer_Amyx@fd.org

### Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on May 19, 2023, by using the CM/ECF system, which will send a notice of electronic filing to the following:

> Oladotun Odeyemi
> Assistant United States Attorney
> Ola.Odeyemi@usdoj.gov

s/Jennifer Amyx
JENNIFER AMYX, #24260
