## In the United States District Court
## for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                                Case No. 22-10054-01 JWB

**Tremayne M. Darkis**,
        Defendant.

## Defendant's Objection to the Government's Second Motion to Extend the Response Deadline

Mr. Darkis federal indictment alleges he committed crimes in Labette, Kansas in June of 2020, more than three years ago. After being charged by the state of Kansas, Mr. Darkis was ultimately federally indicted by a grand jury in August of 2022, for the same alleged conduct. Mr. Darkis has been in plea negotiations with the government but has also filed a motion to suppress his statements.

The government had an initial deadline of three weeks to respond. Mr. Darkis did not object to the government's first request for an extension, for several reasons. The parties remain in negotiations. Mr. Darkis was given an extra few days to file his motion, and the parties were also exchanging additional discovery.

The government now requests an additional three weeks to respond. Mr. Darkis objects to this additional period of time.

While Mr. Darkis remains committed to the plea offer he has submitted to the government, he must object to further continuances while he remains in custody on the case.

Respectfully submitted,

s/Jennifer Amyx
JENNIFER AMYX
Sup. Ct. No. 24260
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: 316-269-6445
Fax: 316-269-6175
Email: Jennifer_Amyx@fd.org

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on September 5, 2023, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Oladotun Odeyemi
Assistant United States Attorney
Ola.Odeyemi@usdoj.gov

s/Jennifer Amyx
JENNIFER AMYX, #24260