# UNITED STATES DISTRICT COURT

### District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.                                    CASE NO. 6:22-cr-10054-JWB

**TREMAYNE M. DARKIS,**

**Defendant.**

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### CONSPIRACY TO DISTRIBUTE
### METHAMPHETAMINE
### [21 U.S.C. § 846]

Beginning on or about a date unknown to the Grand Jury, but as early as on or about

May 1, 2020, and continuing to on or about June 20, 2020, in the District of Kansas and

elsewhere, the defendant,

**TREMAYNE M. DARKIS,**

knowingly and intentionally combined, conspired, confederated and agreed with persons

known and unknown to the Grand Jury, to knowingly and intentionally distribute and

possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 2

**INTERSTATE TRAVEL IN AID OF RACKETEERING**
**[18 U.S.C. § 1952(a)(3)]**

Between on or about June 16, 2020, and June 19, 2020, in the District of Kansas and elsewhere, the defendant

**TREMAYNE M. DARKIS,**

traveled in interstate commerce from the State of Kansas to the State of California and back, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, the knowing and intentional distribution and possession with intent to distribute methamphetamine, a controlled substance, in violation of Title 21 United States Code, Section 841, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on and to facilitate the promotion, management, establishment, and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2, with reference to Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNTS 3 THROUGH 51

**USE OF A COMMUNICATION FACILITY TO
FACILITATE A DRUG TRAFFICKING CRIME
[21 U.S.C. § 843(b)]**

On or about the dates specified below, in the District of Kansas and elsewhere, the

defendant,

### TREMAYNE M. DARKIS,

did unlawfully, knowingly, and intentionally use a communication facility, that is: a

telephone and other means of communication, to facilitate the commission of a violation

of Title 21, United States Code, Section 841, namely distribution of a controlled substance,

possession with intent to distribute a controlled substance, and attempted distribution of a

controlled substance, to wit: methamphetamine, in that TREMAYNE M. DARKIS used

the telephone to manage and operate a drug trafficking network in and around Parsons,

Kansas, as specified below:

| Count | Approx. Date and Time | From | To | Text Communications |
|---|---|---|---|---|
| 3 | 6/13/2020 3:58 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "Grab a scale" |
| 4 | 6/13/2020 4:26 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "I should b there by 7" |
| 5 | 6/14/2020 12:23 AM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "How much we got babe" |
| 6 | 6/14/2020 12:42 AM | "Ramsey" | Defendant Tremayne M. Darkis 620-210-1460 | "675 Still waiting for 2 people to pick up." |

| 7 | 6/14/2020 11:19 AM | "Ramsey" | Defendant Tremayne M. Darkis 620-210-1460 | "Hey babe! I need to meet up with you and give you money and pick up more. Hmu. Love u!" |
|---|---|---|---|---|
| 8 | 6/14/2020 1:49 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "How much u got" |
| 9 | 6/14/2020 2:48 PM | "Ramsey" | Defendant Tremayne M. Darkis 620-210-1460 | "Hey! Sorry, was in shower. I have 450. I kept 150 like you said." |
| 10 | 6/14/2020 3:05 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "Thats all we made babe" |
| 11 | 6/14/2020 3:43 PM | "Ramsey" | Defendant Tremayne M. Darkis 620-210-1460 | "It totaled $600, so that is not bad at all. We have to raise the price. It will still go like crazy here." |

| 12 | 6/16/2020 3:24 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Listo Cali Ppl" | "Hey bro I'm getting everything ready to leave here I'll probably leave Kansas around 5 o'clock tonight its 25 hours get to you I'm drive and let me know what 4000 will get me an hopefully we can do something on the other too so hit me back and give me the green light that is cool to come bro" |
|---|---|---|---|---|

| 13 | 6/17/2020 1:27 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Jeremy" | "U still got dope" |
|---|---|---|---|---|
| 14 | 6/17/2020 1:29 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Jeremy" | "Ok clyde need t" |
| 15 | 6/17/2020 1:39 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Jeremy" | "785 3367765 call him. In n out. 75. Put that on card" |

| 16 | 6/17/2020 6:26 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "Dont forget me babe i need that to get." |
|---|---|---|---|---|
| 17 | 6/17/2020 7:27 PM | "Ramsey" | Defendant Tremayne M. Darkis 620-210-1460 | "Hey babe! Sending it now." |
| 18 | 6/17/2020 8:55 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "Y r u playin wit me n my money. Y!!!!" |
| 19 | 6/17/2020 10:11 PM | "Ramsey" | Defendant Tremayne M. Darkis 620-210-1460 | "Bought prepaid and sending it through walmart." |
| 20 | 6/17/2020 10:19 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "Ill call u here shortly handlin bizness babe" |
| | | | | |
| 21 | 6/17/2020 8:44 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Listo Cali Ppl" | "Ok ill head that way n 15 min." |
| 22 | 6/17/2020 9:04 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Listo Cali Ppl" | "Pickin this money up Walmart n rockin" |
| 23 | 6/17/2020 9:16 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Listo Cali Ppl" | "I feel u bro but i didn't cum for 10 plus wat i lost out on payin 2500. I truly do want to fo bizness but its not addin up for me. Thank u tho" |
| 24 | 6/17/2020 9:21 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Listo Cali Ppl" | "Bro i need no lie but i didnt drive 1800 miles for 10 z n was already short 3 1/2 i came to u correct on my end like a man u told me 4-4500 for whole now its 1200 more much respect but i cant do that bro. My apologies to u for wasting ur time." |
| 25 | 6/17/2020 10:04 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Listo Cali Ppl" | "Omw" |

| 26 | 6/18/2020 10:51 AM | Defendant Tremayne M. Darkis 620-210-1460 | "Jeremy" | "I need that money asap trying to leave today" |
|----|----|----|----|----|
| 27 | 6/18/2020 12:19 PM | "Jeremy" | Defendant Tremayne M. Darkis 620-210-1460 | "Money is sent Daddy 99872982" |
| | | | | |
| 28 | 6/18/2020 12:49 AM | "Rosey" | Defendant Tremayne M. Darkis 620-210-1460 | "I need to make money and it ain't gonna happen here cuz it's fucking dry as fuck again so do what you can if it's right lol and me huh hmmmm" |
| 29 | 6/18/2020 12:59 AM | Defendant Tremayne M. Darkis 620-210-1460 | "Rosey" | "I got u sweetheart" |
| | | | | |
| 30 | 6/19/2020 9:54 AM | Defendant Tremayne M. Darkis 620-210-1460 | "Kerri" | "Yes wat r ur ppl wanting ma" |
| 31 | 6/19/2020 10:21 AM | "Kerri" | Defendant Tremayne M. Darkis 620-210-1460 | "Hydros ,icecream,zanax,xec" |
| 32 | 6/19/2020 11:40 AM | Defendant Tremayne M. Darkis 620-210-1460 | "Kerri" | "Ice cream" |
| 33 | 6/19/2020 7:51 AM | Defendant Tremayne M. Darkis 620-210-1460 | "Kerri" | "Yes. Wat r u goin to need. Ice cream only" |
| | | | | |
| 34 | 6/19/2020 1:43 PM | "Ramsey" | Defendant Tremayne M. Darkis 620-210-1460 | "Ok. What we working with?" |
| 35 | 6/19/2020 1:55 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "11 oz." |
| 36 | 6/19/2020 7:03 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "Anyone needing" |
| 37 | 6/19/2020 8:09 PM | "Ramsey" | Defendant Tremayne M. Darkis | "Yes." |

| | | | 620-210-1460 | |
|---|---|---|---|---|
| 38 | 6/19/2020 8:37 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Ramsey" | "Make calls n lmk ok" |
| | | | | |
| 39 | 6/19/2020 8:57 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Rosey" | "U try it yet" |
| 40 | 6/19/2020 8:58 PM | "Rosey" | Defendant Tremayne M. Darkis 620-210-1460 | "Nope I don't even have a way to smoke I got rid of all my stuff…" |
| 41 | 6/19/2020 9:01 PM | "Rosey" | Defendant Tremayne M. Darkis 620-210-1460 | "Will do I had someone try it he said it's good" |
| 42 | 6/19/2020 9:01 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Rosey" | "Ty ma" |
| | | | | |
| 43 | 6/19/2020 8:35 PM | Defendant Tremayne M. Darkis 620-210-1460 | "Listo Cali Ppl" | "Hey bro jus lyk i made it home to Kansas" |
| | | | | |
| 44 | 6/19/2020 8:40 PM | Defendant Tremayne M. Darkis 100051805343978 "Tre Darkis" | "D Rell Dorsey" Facebook Messenger | "I jus do ts n bs fam." |
| 45 | 6/19/2020 8:41 PM | Defendant Tremayne M. Darkis 100051805343978 "Tre Darkis" | "D Rell Dorsey" Facebook Messenger | 75/150 for u 70/140 |
| | | | | |
| 46 | 6/20/2020 12:23 AM | "Lacy" | Defendant Tremayne M. Darkis 620-210-1460 | "Okay I need a tuna" "Tina" |
| 47 | 6/20/2020 12:24 AM | Defendant Tremayne M. Darkis 620-210-1460 | "Lacy" | "Ok when" |
| 48 | 6/20/2020 12:24 AM | "Lacy" | Defendant Tremayne M. Darkis 620-210-1460 | "Now" |
| 49 | 6/20/2020 12:34 AM | Defendant Tremayne M. Darkis | "Lacy" | "Bet" "Omw" |

| | | 620-210-1460 | | |
|---|---|---|---|---|
| 50 | 6/20/2020 12:35 AM | "Lacy" | Defendant Tremayne M. Darkis 620-210-1460 | "I might need more to the guy who it's for wants to ck it out an stuff but he came with 150…" |
| 51 | 6/20/2020 12:43 AM | Defendant Tremayne M. Darkis 620-210-1460 | "Lacy" | "Here" |

In violation of Title 21, United States Code, Sections 843(b) and 843(d)(1), and Title 18, United States Code, Section 2.

## COUNT 52

### POSSESSION OF A FIREARM
### BY A CONVICTED FELON
### [18 U.S.C. § 922(g)(1)]

On or about June 20, 2020, in the District of Kansas, the defendant,

### TREMAYNE M. DARKIS,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, a firearm, namely, a Strassell's Mach Inc (Hi-point Firearms), model C9, 9mm Luger caliber pistol, which was not produced in the state of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 53

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. § 841(a)(1)]

On or about June 20, 2020, in the District of Kansas, the defendant,

### TREMAYNE M. DARKIS,

did unlawfully, knowingly, and intentionally possess with the intent to distribute a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 54

**POSSESSION OF A FIREARM IN FURTHERANCE
OF A DRUG TRAFFICKING CRIME
[18 U.S.C. § 924(c)(1)(A)]**

On or about June 20, 2020, in the District of Kansas, the defendant,

**TREMAYNE M. DARKIS,**

did unlawfully and knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, to wit: methamphetamine.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(C)(i) and 2.

## COUNT 55

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
IN OR NEAR A SCHOOL
[21 U.S.C. §§ 841(a)(1) and 860(a)]**

On or about June 20, 2020, in the District of Kansas, the defendant,

**TREMAYNE M. DARKIS,**

knowingly and intentionally possessed with intent to distribute a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Parsons Middle School, a public middle school.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 through 55 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

### Firearms and Ammunition Forfeiture

2.      Upon conviction of one or more of the offenses set forth in Counts 1 through 55 of this Superseding Indictment, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to:

A.      A Strassell's Mach Inc (Hi-point Firearms), model C9, 9mm Luger caliber pistol, bearing serial number P1931335; and

B.      Ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

### Controlled Substances Forfeiture

3.      Upon conviction of the offense set forth in Counts 1, 3 through 51, 53, and 55 of this Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any

proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

    A.    A Strassell's Mach Inc (Hi-point Firearms), model C9, 9mm Luger caliber pistol, bearing serial number P1931335; and

    B.    Ammunition.

All pursuant to Title 18, United States Code, Section 924, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL.


October 3, 2023                           s/Foreperson
DATE                                      FOREPERSON OF THE GRAND JURY



KATE E. BRUBACHER
UNITED STATES ATTORNEY

By:/s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI, #29178
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Email: ola.odeyemi@usdoj.gov



IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Counts 1, 53, 55:**    **[21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C), and 860]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of not more than thirty (30) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least six (6) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 2:**    **[18 U.S.C. § 1952(a)(3)(A)]**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 1952(a)(3)(A).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture

**Counts 3-51: [21 U.S.C. § 843(b)]**

- Punishable by a term of imprisonment of not more than four (4) years.  21 U.S.C. § 843(d).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after one or more prior convictions which have become final for a violation of this section, or for a felony under any other provision of Title 21, United States Code, or other law of the United States relating to narcotic drugs, marijuana, or depressant or stimulant substances, the penalties are:

- Punishable by a term of imprisonment of not more than eight (8) years.  21 U.S.C. § 843(d).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

**Count 52:   [18 U.S.C. § 922(g)(1)]**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 54:**   **[18 U.S.C. § 924(c)(1)(A)]**

- Punishable by a term of imprisonment of not less than five (5) years and no more than life.  18 U.S.C. § 924(c)(1)(A)(i).  This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant.  18 U.S.C. § 924(c)(1)(D)(ii).

**If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life.  18 U.S.C. § 924(c)(1)(C)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant.**

- A term of supervised release of not more than five (5) years.  18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.