COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 10-6-23

United States of America,

    Plaintiff,

v.

_Tremayne M. Darkis_,

    Defendant.

Case No. __22-10054-01-JWB__

Age: _____

JUDGE: ☐ Birzer ☒ Severson
DEPUTY CLERK: ☐ Anderson ☒ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Ola Odeyemi
DEFENSE COUNSEL: Jennifer Amyx
TAPE NO.: 1:41 - 1:45

## PROCEEDINGS

- ☐ Initial Appearance
- ☐ Initial Rule 5(c)(3)
- ☐ Sentencing
- ☐ In-Court Hearing: _____
- ☒ Arraignment  4 min
- ☒ Reading waived
- Superseding
- ☐ Complaint   ☒ Indictment   ☐ Information   ☐ Pet. Revoke Supervision   ☒ No. Counts: 55   ☒ Forfeiture
- ☒ Felony   ☐ Misdemeanor   ☐ Pet. Revoke Bond
- ☒ Charges/Viols. and penalties explained to Defendant
- ☒ Constitutional rights explained
- ☒ Defendant affirmation/sworn   ☐ Examined re: financial status   ☐ Counsel appointed
- ☐ Due Process Protections Act advisement given
- ☐ Defendant given Consular Notification
- ☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☐ Transfer to: _____
- ☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered
- ☐ Detention Hearing
- ☐ Preliminary Hearing
- ☐ Change of Plea
- ☐ Read to Defendant
- ☐ Bond Rev. Hrg
- ☐ Pretrial Conference
- ☒ Not Guilty Plea Entered

- ☐ Release ordered
- ☐ Oral Mot. for Detention
- ☐ Temporary Detention granted
- ☐ Bond fixed at: $ _____
- ☐ Detention ordered
- ☐ Continued on present bond/conditions
- ☒ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and **granted** the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is   ☐ granted.   ☐ denied.   ☐ withdrawn.   ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is   ☐ granted.   ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance:   ☐ as directed before Judge _____
    ☒ per the Scheduling Order of Judge Broomes
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    In Courtroom _____ or Via ZoomGov
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____