AO 245B  (Rev. 09/19 - D/KS 04/20) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment—Page **2** of **7**

DEFENDANT: Tremayne M Darkis
CASE NUMBER: 6:22CR10054 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 96 months .

☒ The Court makes the following recommendations to the Bureau of Prisons:
At request of defendant, designation to the prison facility at Terre Haute to facilitate family visitation and consider him for participation in the RDAP. As a second choice, defendant requests, and the Court recommends, designation to the El Reno facility to facilitate family visitation and consider him for participation in the RDAP.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ on ___.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ___ on ___.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on **6-25-2024** to **FCI EL RENO**

at **1255** , with a certified copy of this judgment.

K. GOLDEY
~~UNITED STATES MARSHAL~~ WARDEN

By M. Whittington
~~Deputy U.S. Marshal~~ CSO

U.S. MARSHALS SERVICE
RECEIVED
JUL 29 2024
DISTRICT OF KANSAS